# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MORALES, | Case No. 1:24-cv-00249-KES-SKO |
| Plaintiff, | Judge: Hon. Kirk E. Sherriff |
| vs. | Mag. Judge: Hon. Sheila K. Oberto |
| JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive | **ORDER GRANTING FIRST STIPULATION TO MODIFY THE SCHEDULING ORDE** |
| Defendant(s). | (Doc. 16) |

The Court, having considered the First Stipulation to Continue Discovery Deadlines ("Stipulation") filed by the Parties (Doc. 16), and upon finding good cause therefor (see Fed. R. Civ. P. 16(b)(4)), hereby GRANTS the Stipulation and ORDERS as follows:

The Scheduling Order (Doc. 15) is MODIFIED with the following deadlines:

    a.    Completion of all Non-Expert Discovery: August 21, 2025;

    b.    Expert Witness Disclosures (Initial): September 15, 2025;

    c.    Expert Witness Disclosures (Rebuttal): October 6, 2025;

    d.    Completion of Expert Discovery: October 25, 2025;

    e.    Non-Dispositive Motions Shall Be Filed by November 14, 2025;

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111

      f.      Non-Dispositive Motions Shall Be Heard by December 24, 2025;[1]

      g.      Dispositive Motions Shall Be Filed by December 8, 2025;

      h.      Dispositive Motions Shall Be Heard by January 14, 2026;

      i.      Deadline to Provide Proposed Settlement Conference Dates: April 8, 2026, or 90 days before trial, whichever is later;

      j.      Pre-Trial Conference: May 11, 2026;[2] and

      k.      Trial: July 7, 2026.[3]

IT IS SO ORDERED.

Dated: **February 21, 2025**            /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto holds hearings on civil law and motion on Wednesdays at 9:30 a.m. The proposed date has been adjusted accordingly.

[2] District Judge Sherriff holds pretrial conferences on Mondays at 1:30 p.m. The proposed date has been adjusted accordingly.

[3] District Judge Sherriff commences trial on Tuesdays at 8:30 a.m. The proposed date has been adjusted accordingly.