# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHNNY MORALES,

Plaintiffs,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant.

Case No.  1:24-cv-00249-KES-EGC

**ORDER GRANTING JOINT STIPULATION**

(Doc. 29)

The Court is in receipt of the parties' "Joint Stipulation Regarding Plaintiff's Fees, Costs and Expenses and Request for Entry of Order." (Doc. 29).  Pursuant to the parties' agreement, Defendant is ORDERED to pay Plaintiff $8,500.00 to resolve attorneys' fees, costs, and expenses by no later than September 28, 2026.  For good cause shown, the Court further ORDERS that Plaintiff shall file dispositional documents within seven (7) days of receiving payment.

IT IS SO ORDERED.

Dated:  **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE